```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-3713
         E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-844-JAK |
|---|---|
| Plaintiff, | ) <u>FINDINGS AND ORDER</u> |
| v. | ) |
| BRIAN DAVID COCHRAN, | ) |
| Defendant. | ) |

**FINDINGS AND ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Sentencing position papers in this matter are due by March 29, 2012, and replies by April 5, 2012.

<u>January 18, 2012</u>
DATE                              UNITED STATES DISTRICT JUDGE

cc: USPO