UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. LA 11-00844-JAK |
| | ) | |
| Plaintiff, | ) | <u>FINDINGS AND ORDER</u> |
| | ) | |
| v. | ) | New Date: |
| | ) | Oct. 31, 2013 at 8:30 am |
| BRIAN DAVID COCHRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**FINDINGS AND ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Sentencing in this matter is continued to 8:30 a.m. on October 31, 2013.  Given the number of prior continuances of sentencing and the factual statements concerning progress that are set forth in support of the present application, there will be no further continuances absent a strong showing based on the circumstances that led to the request for the prior continuances.

<u>September 18, 2013</u>  
DATE                                JOHN A. KRONSTADT  
                                    UNITED STATES DISTRICT JUDGE